

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOHNNY LEVELT BURNSIDE, Plaintiff  CASE NO.    23-CV-792

(Full Name) (To be supplied by the Clerk) **V.**

LOWE'S MARKETPLACE , Defendant(s) CIVIL RIGHTS COMPLAINT
LOWE'S CORPORATE HEADQUARTERS RAYMOND PENA DEFENDANT#1 DEFENDANT#2 DEFENDANT#3
DEFENDANT#4. PURSUANT TO 42 U.S.C.§1983

## A. JURISDICTION

1) , is a citizen of LAS CRUCES NEW MEXICO

                        (Plaintiff) ( State )

who presently resides at 450 WEST PICACHO #3 LAS CRUCES NEW MEXICO   88005

           (Mailing address or place of confinement)

.

2) Defendant is a citizen of (RAYMOND PENA)  DONA ANA NEW MEXICO
, and is employed as SECURITY/ FREEZER WORKER AT LOWE'S MARKETPLACE
(City, State) LAS CRUCES NEW MEXICO At the time the claim(s)
(SECURITY FREEZER WORKER )
alleged in this complaint arose, was this defendant acting under color of state law? Yes No If your answer is "Yes", briefly explain: DEFENDANT: (RAYMAN PENA)

1).STARED FOLLOWING ME AROUND THE STORE AS I ENTERED THEN STOPPED ME FROM RE-ENTERING AFTER GETTING A SHOPPING  BASKET.

2) MR PENA & DEFENDANT#1 PHYSICALLY BLOCK ME FROM RE-ENTERING THE STORE BY PUSHING ME BACKWARDS MR PENA SAID YOUR BLACK ASS WILL NEVER COME IN MY STORE AGAIN YOU HEAR ME YOU BLACK BASTARD

XE-2 2/78 CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)
3)

Defendant is a citizen of DONA ANA COUNTY (DEFENDANT #1)
, and is employed as EMPLOYEE WITH LOWE'S MARKETPLACE
(City, State LAS CRUCES NEW MEXICO)  . At the time the claim(s)
( Position and title, if any) CLARK/ EMPLOYEE
alleged in this complaint arose, was this defendant acting under color of state.
Yes
law     No If your answer is "Yes", briefly explain:
1) DEFENDANT #1 HELD MY RIGHT  ARM  AND RAYMOND PENA
PUNCHED ME IN THE FACE 3 TO 5 TIME'S

(Use the back of this page to furnish the above information for additional defendants.)

Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you
4)
wish to assert Jurisdiction under different or additional statutes, you may list them below.) 42 USC 36-16-6  42 U.S.C 1983

B. NATURE OF THE CASE

1) Briefly state the background of your case.
2/7 -2- 8

XE 2

# C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

B)(1) Count II:

(2) Supporting Facts:

XE-2 2/78 -3-
C)(1) Count III:

(2) Supporting Facts:

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)

Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?  Yes No If your answer is "YES", describe each lawsuit. (If there is more  than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

Parties to previous lawsuit. a)

Plaintiffs:

Defendants:

b) Name of court and docket number:

c)

    Disposition (for example: Was the case dismissed? Was it appealing? Is it still pending?

d) Issues raised:

XE-2 2/78 — 4 —

e) Approximate date of filing lawsuit:

f) Approximate date of disposition:

2)

    I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes No If your answer is "Yes",  briefly describe how relief was sought and the results. If your answer is "No," briefly explain  why administrative relief was not sought.

## E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Signature of Attorney (if any) Signature of Petitioner

Attorney's full address and telephone
number.

XE-2 2/78 - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at 20 . (Location) (Date)

(Signature)

1

2

3

4

UNITED STATES DISTRICT OF NEW MEXICO

5

FOR THE COUNTY OF DONA ANA

6

7

8

9

10 11 12 13

BURNSIDE JOHNNY, an individual, Plaintiff,

v.

1381 MILL CIRCLE SUITE 200 WINSTON-SALEM N.C 27103          LOWE'S MARKET/LOWE'S MARKET HEADQUARTERS corporation; RAYMOND PENA an individual, Defendants.

Case No.

FIRST         AMENDED COMPLAINT (Violation of

N.M STAT.30.20.2 PUBLIC AFFRAY Negligent Supervision or Retention; Battery)

NOT   SUBJECT   TO MANDATORY and ARBITRATION

Prayer: $12,200,000
Fee   Authority:   JURY TRIAL DEMANDED

Plaintiff ("JOHNNY BURNSIDE") demands a jury trial and alleges 14

as follows:

15

1.
16

Defendant LOWES MARKET AT 1410 MISSOURI LAS CRUCES NEW MEXICO 88001 (hereinafter, "LOWES") is, and at all times  17

mentioned herein, has been A NORTH CAROLINA  corporation engaged in the retail sale of 18

of a wide variety of merchandise and goods, including at a store located at 19

1410 MISSOURI LAS CRUCES NEW MEXICO 88005 conducts regular,  20

21  sustained business activity in DONA ANA  County.

22  /////

23  /////

Page 1 – FIRST AMENDED COMPLAINT JOHNNY BURNSIDE
521 SIXTH STREET RACINE WIS 53403
Telephone: (262) 308-5841
(575) 805-1442

1
2.

2
On information and belief, defendant RAYMOND PENA is a resident of

3
DONA ANA County.

4
3.

5
ON NOVEMBER 11, 2022 Mr. BURNSIDE, an African American, was a customer

6
at LOWES when LOWES store employee RAYMOND PENA, who was then and

7
there acting within the scope of his employment, spied on MR. BURNSIDE  8
WHILE HE SHOP
4.

10
When Mr. BURNSIDE protested that he had done nothing wrong, the defendant

11
PENA ordered him to leave the store, then called non-emergency police at

12
dispatch and summoned police, reporting that he "had a person refusing to

13

leave." Defendant LOWES acknowledged to the dispatch operator that

14

Mr. BURNSIDE was not acting violently, did not seem drunk or high, and told the

15

operator, "he just keeps checking me out." PENA told the operator that

16

Mr. BURNSIDE  saw him walking by and "started flipping out on me," so he asked

17

Mr. BURNSIDE to leave.

18
5.

19

The police came to the location where Mr. BURNSIDE and PENA were in

20

response to PENA's call.

21
6.

22

Once outside,   the incident,  BECAME  PHYSICALLY  VIOLENT

LOWE'S manager explained the  23

incident to BURNSIDE by saying that they had large losses from theft.

Page 2 – FIRST AMENDED COMPLAINT Mr. BURNSIDE told the  manager that that had nothing to do with him. JOHNNY BURNSIDE

521 SIXTH STREET RACINE WIS 53403

Telephone: (262) 308-5841
(575) 805-1442

1

2
**FIRST CLAIM FOR RELIEF**

3

**(Violation of NM STATUTE 30.20.2 PUBLIC AFFRAY) Defendant LOWES )**

4
7.

5
Plaintiff realleges and incorporates by reference paragraphs 1 through 6,

6
   above.

7
8.

8
PENA, acting within the scope of his employment, knowingly caused

9
   police officers to arrive at LOWESto contact the plaintiff, with the intent

to 10

1) Infringe on plaintiff's rights under the NEW MEXICO and the United States

11
      Constitutions;

12
         2) Unlawfully discriminate against plaintiff;

13
3) Cause the plaintiff to feel harassed, humiliated, or embarrassed;

14
4) Cause the plaintiff to be expelled from LOWES, a place where the plaintiff

15
      was lawfully located; or

16
5) Cause BURNSIDE to suffer damage to his reputation or standing within

17
      the community; or

18
         6) Cause damage to his consumer prospects or interests.

7) DISFIGUREMENT TO MR. BURNSIDE'S LEFT LEG, HIP, AND SHOULDER.          JOHNNY BURNSIDE

521 SIXTH STREET RACINE WIS 53403
Telephone: (262) 308-5841
(575) 805-1442

1

19
9.

20
The above-described conduct by PENA violated NM 30.3.3,30.3..5

21
10.

22
      As a result of the above-described conduct, the plaintiff suffered,

continuing 23

to suffer, and may permanently suffer from embarrassment, fear, humiliation,

Page 3 – FIRST AMENDED COMPLAINT anger, and indignity, all to his noneconomic damages in the amount of

2
   $2,000,000. Economic damages are not to exceed a maximum combined

3
   amount of $2.000,000 for all claims for relief.

4
11.

5
      The plaintiff is entitled to reasonable attorney fees according too

6
   NM 57.3A.5 2016

7
12.

8
The conduct of the LOWES employee described herein was wanton,

9

reckless, and intentional disregard of societal obligations, and constituted a

10

reckless and outrageous indifference to a highly unreasonable risk of harm,

11

and conscious indifference to the health, safety, and welfare of others, and

12

Defendant Lowe's should be assessed punitive damages in the amount of

13

$12.200,000 to deter the defendant and others similarly situated from this  14

and similar kinds of conduct in the future.

15
**SECOND CLAIM FOR RELIEF**

16
**(Negligent Supervision or Retention - Defendant LOWES)**

17
13.

18
Plaintiff realleges and incorporates by reference paragraphs 1 through 6

19
and 8 – 11, above.

20
14.

21
Defendant LOWES, by and through its management officials was aware

22
that PENA had, on previous occasions, provided false information about

23
customers to police officers, and knew that police had complained that he was

Page 4 – FIRST AMENDED COMPLAINT JOHNNY BURNSIDE

4000 MARYLAND RACINE WIS 53405
Telephone: (262) 308-5841
(575) 805-1442

1
    not to be trusted. Accordingly, LOWES knew or had reason to know that

2
Continuing to employ PENA in a loss-prevention capacity would likely lead to

3
    the kind of conduct made unlawful by NEW MEXICO.

4
15.

5
LOWES was negligent in one or more of the following ways, and such

6
    negligence was a cause of all damage alleged in the first claim for relief:

7
        1) In retaining PENA  in a loss prevention capacity; and

8
2) In failing to supervise LOWES to prevent foreseeable

9
    violations of customers' rights by PENA.

10
16.

11
        As a result of the above-described conduct, MR. BURNSIDE
suffered,  12
    continues to suffer, and may permanently suffer from feelings of racial

13
    stigmatization, embarrassment, humiliation, anger, indignity, and shame, all to

14
his economic damages of $2.000,0000 economic damages

15

are not to exceed a maximum combined amount of $2.000,000 for all claims for    16

relief.

17
17.

18

The plaintiff is entitled to reasonable attorney fees under

19

NEW MEXICO STAT 39.2.1 (2021)

20
18.

21
The conduct of LOWES described herein was in   1410 MISSOURI LAS CRUCES NEW MEXICO DONA ANA COUNTY, reckless, and

22

intentional disregard of societal obligations, and constituted a reckless and

23

outrageous indifference to a highly unreasonable risk of harm, and conscious

Page 5 – FIRST AMENDED COMPLAINT JOHNNY BURNSIDE
indifference to the health, safety, and welfare of others, and defendant LOWES

2
should be assessed punitive damages of $12.000,000 to

3

deter defendant and others similarly situated from this and similar kinds of

4

conduct in the future.

5
**THIRD CLAIM FOR RELIEF**

6
**(Discrimination – All Defendants)**

7

19.

8

Plaintiff realleges and incorporates by reference paragraphs 1 through 6,

9

above.

10

20.

11

The above-described LOWES store is, and at all times mentioned herein,

12

has been a place of public accommodation within the meaning of

13

N.M.STAT.30.20.3 At least part of the motivation for the above-described

conduct  14

on the part of  LOWE'S  employees was Mr. MBURNSIDE's race.

15

21.

16

The above-described conduct violates N.M.30.20.3, which prohibits

17

discrimination in places of public accommodation on account of

race. 18

22.

19

As a result of the above-described discrimination, Mr. BURNSIDE

suffered,  20

continues to suffer, and may permanently suffer from feelings of racial

21

stigmatization, embarrassment, humiliation, anger, indignity, and shame, all to

22

his economic damages for $2.000,000.

23

/////

Page 6 – FIRST AMENDED COMPLAINT <sup>JOHNNY BURNSIDE</sup>

521 SIXTH STREET RACINE WISCONSIN 53403
Telephone: (262) 308-5841
(575)805-1442

2

The plaintiff is entitled to reasonable attorney fees under

3

2021. NEW MEXICO STATUTES CHAPTER.39 JUDGMENT, COSTS, APPEAL ARTICLE, 2 ATTORNEYS' FEES AND COSTS SECTION 39.2.1

4

**PRAYER**

5

WHEREFORE, plaintiff prays for a judgment against each defendant in

6

an amount not to exceed $2.000,000 in economic damages for all claims,

7

punitive damages against defendant LOWES in an amount not to exceed

8

$12.000,000 for all claims, for the plaintiff's attorney fees under

9

and NM 57.3A.5 2016   and for his costs and disbursements necessarily  10

incurred herein.

11

Dated: SEPTEMBER 08.2023

12

JOHNNY LEVELT BURNSIDE

13

17

*Attorneys for Plaintiff PRO-SE JOHNNY LEVELT BURNSIDE*
*521 SIXTH STREET*
*RACINE WIS*
*53403*

18

19

20

21

22

23

Page 7 – FIRST AMENDED COMPLAINT <sup>JOHNNY LEVELT BURNSIDE</sup>

521 SIXTH STREET RACINE WIS 53403
Telephone: (262) 308-5871

## CERTIFICATE OF SERVICE

2

      I now certify that I served the previous **FIRST AMENDED**

3

**COMPLAINT** on the defendant(s) on the date indicated below by the following

4

method:

5

    ☐ Mailing with postage prepaid
    ☐ process server

6

    ☐ facsimile transmission
    overnight delivery

7

    x email

8

to said person(s) a true copy thereof, addressed to said persons at their last

9

known address(es) and facsimile number(s) as follows:

10
13

Dated NOVEMBER. 11.2022

PRO-SE JOHNNY LEVELT BURNSIDE

521 SIXTH STREET
RACINE WIS 53403
Telephone: (262) 308-5871

1  1381 MILL CIRCLE SUITE 200 WINSTON-SALEM N.C   27103 LOWE'S
MARKET/LOWE'S MARKET HEADQUARTERS  corporation; and RAYMOND PENA
an individual,

15

18

19

20 *JOHNNY LEVELT BURNSIDE*
*521 SIXTH STREET*
*RACINE WIS*
*53403*

21

22

23
Page 8 – FIRST AMENDED COMPLAINT

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

UNITED STATES
POSTAL SERVICE®

P

US POSTAGE PAID
$9.65

PRIORITY MAIL®

Origin: 53406
09/12/23
5668720246-07

Retail

0 Lb 8.10 Oz

RDC 01

C022

EXPECTED DELIVERY DAY: 08/14/23

SHIP
TO:
100 N CHURCH ST
LAS CRUCES NM 88001-3572

USPS TRACKING® #

9505 5162 5914 3255 9816 66

USPS.COM/PICKUP

(restrictions apply).*
tional destinations.

required.

usions see the

limitations of cov...

MAIL

PRIORITY
★ MAIL ★



UNITED STATES
POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FROM: Johnny Lovelk Burnside
13157...Racine Wis
53403

TO: United State Courthouse
100 North Church Street
Las Cruces New Mexico
88001

RECEIVED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

SEP 14 2023

MITCHELL R. ELFERS
CLERK OF COURT

...edule free Package Pickup,
scan the QR code.



Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipme...