## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOHNNY LEVELT BURNSIDE,

    Plaintiff,

v.                                                                      No. 2:23-cv-00792-MIS-DLM

LOWE'S MARKETPLACE and
RAYMOND PENA,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, it is **HEREBY ORDERED** that:

1. **FINAL JUDGMENT** is hereby entered in favor of Defendants; and

2. This case is now **CLOSED**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE